ARTHUR STONE, Respondent, *v.* BIGLEY BROS., INC., Appellant.

Submitted May 23, 1955; decided May 24, 1955.

*Thomas E. Dewey* for motion.

No one opposed.

Motion denied.